164 So.2d 720

**Bervin HAYES**

v.

**STATE.**

6 Div. 106.

Supreme Court of Alabama.

June 25, 1964.

Bervin Hayes, pro se.

Richmond M. Flowers, Atty. Gen., opposed.

LAWSON, Justice.

Petition of Bervin Hayes for certiorari to the Court of Appeals to review and revise the judgment and decision in Ex parte Hayes, 164 So.2d 718.

Writ denied.

LIVINGSTON, C. J., and GOODWYN and COLEMAN, JJ., concur.